UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 01-CV-00036 RHK/JMM

JOHNNY SWANSON III,

Plaintiff,

v.

UNITED STATES OF AMERICA,
U. S. DEPARTMENT OF JUSTICE,
U. S. BUREAU OF PRISONS,

Defendants.

**O R D E R**

Upon application of the Federal Defendants, no hearing hereon being deemed necessary, and for good cause shown, it is hereby

ORDERED that the Federal Defendants shall be, and hereby are, granted an extension of time to respond to the Complaint of Plaintiff to March 5, 2001.

Dated: January 19, 2001

JOHN M. MASON
United States Magistrate Judge

JAN 19 2001
CLERK