UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

JOHNNY SWANSON, III

Plaintiffs,

VS

ORDER
CV 01-36 RHK/JMM

UNITED STATES OF AMERICA,
U.S. DEPARTMENT OF JUSTICE,
BUREAU OF PRISONS,

Defendants.

---------------------------------------

Defendants' Motion to Dismiss is referred to Magistrate Judge John M. Mason for a Report and Recommendation.

Dated: JANUARY 31, 2001

RICHARD H. KYLE, JUDGE
U.S. DISTRICT COURT

FILED FEB 01 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK