UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

JOHNNY SWANSON, III,

Plaintiff,

v.

UNITED STATES OF AMERICA,
U.S. DEPARTMENT OF JUSTICE, and
BUREAU OF PRISONS,

Defendants.

CIVIL NO. 01-36 (RHK/JMM)

ORDER

The above matter is before the undersigned upon Plaintiff's Motion to Proceed with Discovery [Docket No. 38]. The Court, being duly advised in the premises, upon all of the files, records and proceedings herein, now makes and enters the following Order.

IT IS HEREBY ORDERED that Plaintiff's Motion to Proceed with Discovery [Docket No. 38] is denied as moot.

Dated: April 20, 2001

JOHN M. MASON
United States Magistrate Judge

**MEMORANDUM**

Plaintiff already has authority to proceed with discovery. As stated in the Court's Order of April 3, 2001 [Docket No. 36], all discovery in this action is to be commenced in time to be completed by August 1, 2001. The Motion is therefore moot.

J.M.M.

FILED APR 20 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD.______
DEPUTY CLERK______