UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

JOHNNY SWANSON, III,

Plaintiff,

v.

UNITED STATES OF AMERICA,
U.S. DEPARTMENT OF JUSTICE, and
BUREAU OF PRISONS,

Defendants.

CIVIL NO. 01-36 (RHK/JMM)

ORDER

The above matter came on before the undersigned upon Plaintiff's Motion for Enlargement of Time of Pretrial Schedule Dates and Plaintiff's Motion to Compel Compliance With Discovery Request received by the Court on July 10, 2001.

The Court, being duly advised in the premises, upon all of the files, records and proceedings herein, now makes and enters the following Order.

IT IS HEREBY ORDERED that Defendants' shall serve and file a response to both motions on or before August 10, 2001. The motions will then be taken under advisement on the written submissions.

Dated: July 16, 2001

JOHN M. MASON
United States Magistrate Judge

FILED JUL 16 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK