UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Johnny Swanson, III,

Plaintiff,

Civil 01-36 (RHK/JMM)

vs.

**AMENDED ORDER**

United States of America, U.S. Department of Justice, Bureau of Prisons,

Defendants.

---

Before the Court is Plaintiff's Motion for Relief from Judgment in which it is asserted that Plaintiff has not received a copy of the September 12, 2001 Report and Recommendation of Magistrate Judge John M. Mason. Accepting Plaintiff's representations, **IT IS ORDERED:**

1. The Motion for Relief from Judgment (Doc. No. 64) is **GRANTED**;
2. The Judgment in a Civil Case (Doc. No. 63) is **VACATED**; and
3. Plaintiff shall serve and file any Objections to the September 12, 2001 Report and Recommendation (a copy of which is being furnished to Plaintiff with this Order) on or before November 20, 2001.

Dated: October 26, 2001

RICHARD H. KYLE
United States District Judge

FILED OCT 26 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD______
DEPUTY CLERK______