UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Johnny Swanson, III,

Plaintiff,

Civil 01-36 (RHK/JMM)

vs.

**ORDER**

United States of America, U.S. Department of Justice, Bureau of Prisons,

Defendants.

---

Before the Court are Plaintiff's Objections[1] to the September 12, 2001 Report and Recommendation (R&R) of Magistrate Judge John M. Mason. Judge Mason has recommended that Defendants' Motion to Dismiss or for Summary Judgment be granted and that the action be dismissed with prejudice.

The undersigned has conducted the required de novo review of the objected to portions of the R&R and concludes that Judge Mason's recommended disposition will be adopted. Judge Mason's R&R is well considered and fully supported by the record before him and controlling legal authority.

Accordingly, and upon all the files, records and proceedings, **IT IS ORDERED**:

1. Plaintiff's Objections (Doc. No. 68) are **OVERRULED**;

2. The Report and Recommendation (Doc. No. 61) is **ADOPTED**;

---

[1]The document is entitled "Opposition to Report and Recommendation," but will be referred to as "Objections."

DEC 1 0 2001
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD. DEC 1 0 2001
DEPUTY CLERK

3. Defendants' Motion to Dismiss or for Summary Judgment (Doc. No. 45) is **GRANTED**; and

4. The action is **DISMISSED WITH PREJUDICE**.

Dated: December 10, 2001

RICHARD H. KYLE
United States District Judge

# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

## CIVIL NOTICE

DATE MAILED TO COUNSEL/PRO SE PARTIES:

The purpose of this notice is to summarize the time limits for filing with the District Court Clerk's Office a Notice of Appeal to the Eighth Circuit Court of Appeals from a final decision of the District Court in a civil case.

***This is a summary only. For specific information on the time limits for filing a Notice of Appeal, review the applicable federal civil and appellate procedure rules and statutes.***

Rule 4(a) of the Federal Rules of Appellate Procedure (Fed. R. App. P.) requires that a Notice of Appeal be filed within:

1. Thirty days (60 days if the United States is a party) after the date of "entry of the judgment or order appealed from;" or

2. Thirty days (60 days if the United States is a party) after the date of entry of an order denying a timely motion for a new trial under Fed. R. Civ. P. 59; or

3. Thirty days (60 days if the United States is a party) after the date of entry of an order granting or denying a timely motion for judgment under Fed. R. Civ. P. 50(b), to amend or make Additional findings of fact under Fed. R. Civ. P. 52(b), and/or to alter or amend the judgment under Fed. R. Civ. P. 59; or

4. Fourteen days after the date on which a previously timely Notice of Appeal was filed.

If a Notice of Appeal is not timely filed, a party in a civil case can move the District Court pursuant to Fed. R. App. P. 4(a)(5) to extend the time for filing a Notice of Appeal. This motion must be filed no later than 30 days after the period for filing a Notice of Appeal expires. If the motion is filed after the period for filing a Notice of Appeal expires, the party bringing the motion must give the opposing parties notice of it. The District Court may grant the motion, but only if excusable neglect or good cause is shown for failing to file a timely Notice of Appeal.

C:\FORMS\APPEAL NO. CIV
Rev. August 11, 1995