# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Johnny Swanson, III

v.

USA, U.S. Dept. of Justice and
Bureau of Prisons

Case No. Civil 0:01-36RHK/JMM

**JUDGMENT IN A CIVIL CASE**

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that plaintiff's objections are **OVERRULED**; the report and recommendation is **ADOPTED**; defendants' motion to dismiss or for summary judgment is **GRANTED**; and the action is **DISMISSED WITH PREJUDICE**.

DATE: December 10, 2001

RICHARD D. SLETTEN, CLERK

Denise La Fond

Denise La Fond, Deputy Clerk